# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0017.  IN THE INTEREST OF: M. C., N. C., AND J. C., CHILDREN (MOTHER).**

The mother of M. C., N. C., and J. C. seeks discretionary review of the juvenile court's order terminating her parental rights.  The juvenile court's order was entered on July 6, 2016, and the mother filed her application on August 8, 2016.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  The mother's application is untimely, as it was filed 33 days after entry of the order she seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/01/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.